No. 78–1353. KING v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–5857. GOLDBERG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5918. DIXON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–5919. SMITH v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–5947. YOUNG v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 78–5972. WISEBAKER ET AL. v. RHODES, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 78–5977. OSBORNE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–6019. WATKINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–6025. JENKINS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–6028. GEOGHEGAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–6031. BARNETTE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–6035. HERNANDEZ v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.